422 A.2d 686

Nuttall, Appellants, v. Thorofare Markets, Inc.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.